## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MUTTY PAWS, INC,<br>MUTTY PAWS DUBLIN INC,<br>MUTTY PAWS BOGART LLC, and<br>PATRICK LANG,<br><br>    Plaintiffs,<br><br>v.<br><br>MUTTY PAWS RESCUE INC. and<br>MUTTY PAWS RESCUE GEORGIA INC.,<br><br>    Defendants. | CIVIL ACTION NO. |

## COMPLAINT FOR TRADEMARK INFRINGEMENT
## (INJUNCTIVE RELIEF REQUESTED)

Mutty Paws, Inc., Mutty Paws Dublin, Inc., Mutty Paws Bogart, LLC, and Patrick Lang (collectively, "Plaintiffs"), by and through counsel, file this Complaint for Trademark Infringement and Deceptive Trade Practices against the above-named Defendants, respectfully showing the Court as follows:

### *Introduction*

This case arises from the Defendants' unauthorized use of the Plaintiffs' MUTTY PAWS registered trademark, United States Trademark Registration Number 86687502, as well as Plaintiffs' common law mark, MUTTY PAWS, in connection with Defendants' dog rescuing service in the States of Florida and

Georgia, as well as on the internet via social media applications and their website: https://muttypawsrescue.org/.  The Defendants' use of the Plaintiffs' registered mark is causing actual confusion and misunderstanding.

MUTTY PAWS, INC. is a family-owned business envisioned by Patrick and Mychell Lang in 2012 when Patrick and Mychell were owners of a local restaurant, and Patrick was also working as a pilot. With the demands of the restaurant business and Patrick's flight schedule, the Langs decided to settle their lives down.  As a family that loves pets, the Langs decided to provide a greatly needed service to the community by bringing their vision of an "ultimate destination for doggy day care, boarding and grooming" to life.

One of the Langs' first steps was to pick a name to go with their vision.  Once they settled on a name, they contacted a local attorney and, in October 2012, they filed for trademark protection of the name.  They soon found themselves in a trademark opposition proceeding, toe-to-toe with an international business giant. This fight ensued over the next two and a half years, eating up precious funds that were desperately needed to launch their vision.

Meanwhile, the Langs were enthusiastically planning and pursuing their dream.  Their next big step was to find a facility to open their doggy day care center. The Langs found an old building sitting on an acre of land in downtown Watkinsville Georgia.  Patrick and Mychell dug deep into their savings, rolled the dice, and on

May 28, 2015, they purchased the land and building at 48 Greensboro Hwy 48, Watkinsville, Georgia.

For the next eight months, spending countless hours, incurring significant debt, working into the early hours of the morning, the old run-down building was transformed into the envisioned doggy paradise.

Growing weary from the trademark fight they were in, and knowing that they needed to reach a resolution soon, the Langs finally raised the white flag. After much thought and deliberation, they selected a new name to attach to their dream business: MUTTY PAWS.

On July 8, 2015, Patrick Lang filed yet another trademark application with the United States Trademark Office, after first searching records to ensure that they would not once again find themselves with expensive opposition.

A weary, but excited, Lang family opened the doors of the MUTTY PAWS doggy paradise on February 1, 2016. The Langs' dream proved to be a phenomenal success and around November of 2016, they opened a second location: MUTTY PAWS DUBLIN INC. And in 2022, the Langs obtained property for and began building a third location: MUTTY PAWS BOGART LLC.  MUTTY PAWS, INC, MUTTY PAWS DUBLIN INC and MUTTY PAWS BOGART LLC, being collectively referred to as "MUTTY PAWS Entities," are all owned by Patrick Lang and the Lang family.

In late 2023, Patrick Lang was approached by a local investor to purchase two or more of the MUTTY PAWS Entities.  During the due diligence process, the Defendants' use of the MUTTY PAWS mark was identified, and such use had an adverse impact on the completion of the deal.  In addition, staff at the two open locations began receiving several phone calls from consumers seeking dog rescue services. The staff also noticed that Plaintiffs' businesses were being tagged in FACEBOOK postings regarding dog rescue services. Despite demands, Defendants have refused to stop using the MUTTY PAWS mark and, instead, have doubled down by filing a trademark application with the United States Trademark Office for registration of the mark MUTTY PAWS RESCUE.

### *Venue and Jurisdiction*

1.

Plaintiff Patrick Lang, the owner and trademark holder of United States Trademark Registration Number 5074389, is an individual resident of the State of Georgia and is entitled to bring this case in this Court.

2.

Plaintiff MUTTY PAWS, INC, a non-exclusive licensee of United States Trademark Registration Number 5074389 with rights to file a suit for infringement of the same, is a Georgia corporation having operations in the State of Georgia and is entitled to bring this case in this Court.

3.

Plaintiff MUTTY PAWS DUBLIN INC, a non-exclusive licensee of United States Trademark Registration Number 5074389 with rights to file for infringement of the same, is a Georgia corporation having operations in the State of Georgia and is entitled to bring this case in this Court.

4.

Plaintiff MUTTY PAWS BOGART LLC, a non-exclusive licensee of United States Trademark Registration Number 5074389 with rights to file a suit for infringement of the same, is a Georgia corporation having operations in the State of Georgia and is entitled to bring this case in this Court.

5.

Defendant Mutty Paws Rescue Georgia, Inc., is a Georgia corporation with its principal place of business located at 26 Little Barley Ln, Grayson, GA, 30017 Gwinnett County, Georgia.  Mutty Paws Rescue Georgia, Inc. may be served via Vanessa Busby, its registered agent, at the address above.  Mutty Paws Rescue Georgia, Inc. is subject to the jurisdiction and venue of this Court.

6.

Defendant Mutty Paws Rescue, Inc., is a Florida corporation with its principal place of business located at 416 Arabian Rd, Palm Sprins, FL 33461, Palm Beach County, Florida. Mutty Paws Rescue, Inc may be served via Ashley N. Miller, its

registered agent, at the address above.  Mutty Paws Rescue, Inc. is a joint infringer with Mutty Paws Rescue Georgia, Inc. and is subject to the jurisdiction and venue of this Court.

7.

This Court has subject matter jurisdiction over Plaintiffs' federal claims pursuant to 28 U.S.C. §§ 1331 and 1338(a) based on the claim of infringement of a United States registered trademark. This Court has supplemental jurisdiction of the state court claims under pursuant to 28 U.S.C. § 1367.

8.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

### *Factual Background*

9.

On May 28, 2015, Patrick Lang, operating through Pawliday Inn Holdings, LLC, purchased a building and land located at 48 Greensboro Hwy, Watkinsville, Georgia 30677 to prepare for the opening of a doggy day care for providing services under the trademark MUTTY PAWS.

10.

On July 8, 2015, Patrick Lang filed a trademark application with the United States Trademark Office for the mark MUTTY PAWS, which trademark application was assigned serial number 86687502 (the "MUTTY PAWS Application").

11.

The MUTTY PAWS Application was filed under Section 1(b) of the Trademark Act as an intent to use mark.

12.

The MUTTY PAWS Application recited the services of "Boarding for animals; Kennel services, namely, boarding for pets; Pet boarding services; Pet day care services; Pet hotel services" in International Class 043.

13.

On November 11, 2015, the MUTTY PAWS Application was approved for publication.

14.

On December 1, 2015, the United States Patent and Trademark Office published the MUTTY PAWS Application under Section 12(a) of the Trademark Act of 1946, as amended, in the Official Gazette.

15.

On January 26, 2016, the United States Patent and Trademark Office issued a Notice of Allowance of the MUTTY PAWS Application, indicating that it had not been opposed and that the mark was ready to be issued as a United States Registered Trademark.

16.

On July 25, 2016, a statement of use was timely filed with the United States Patent and Trademark Office for the MUTTY PAWS Application, along with the required specimens and fees, and indicating that use of the mark began at least as early as February 2, 2016.

17.

On September 28, 2016, the United States Trademark Office provided notice that the statement of use for the MUTTY PAWS Application was accepted.

18.

On November 1, 2016, the United States Patent Trademark Office issued United States Trademark Registration 5074389 for the mark MUTTY PAWS for "Boarding for animals; Kennel services, namely, boarding for pets; Pet boarding services; Pet day care services; Pet hotel service" in International Class 043 (the "MUTTY PAWS Registration").

19.

Mutty Paws, Inc. opened for business on or about February 1, 2016.

20.

On September 29, 2022, a renewal of the MUTTY PAWS Registration was filed with the United States Patent and Trademark Office by timely submitting a

Combined Declaration of Use and Incontestability under Sections 8 and 15, along with required specimens and fees.

21.

On April 9, 2023, the United States Patent Office issued a Notice of Acceptance and Acknowledgement of the Section 8 and Section 15 filing for the MUTTY PAWS Registration.

22.

The MUTTY PAWS Registration is valid, alive, subsisting, enforceable and incontestable, and a copy of the official registration for the MUTTY PAWS Registration is attached hereto as Exhibit 1.

23.

In late 2023, Patrick Lang was approached by a local investor desiring to purchase two or more of the MUTTY PAWS entities.

24.

During the due diligence process for the purchase of the MUTTY PAWS Entities, the Defendants' use of the MUTTY PAWS mark was identified and such identification had an adverse impact on the completion of the purchase.

25.

The Plaintiffs are experiencing actual confusion in the market in the form of telephone calls from consumers seeking rescue services and FACEBOOK tags related to rescue services.

26.

This confusion is directly related to the Defendants' unauthorized use of the MUTTY PAWS mark in connection with their dog rescue services.

## COUNT I – TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114

27.

Plaintiffs incorporate all previous paragraphs as if fully restated herein.

28.

Defendants are liable to Plaintiffs for Trademark Infringement as (1) each of the Defendants have been and are engaged in using the MUTTY PAWS Registration without Plaintiff's authorization, (2) the MUTTY PAWS Registration is a valid, enforceable, and incontestable registered mark, and (3) the use by the Defendants is likely to cause consumer confusion and, is in fact, causing actual consumer confusion.

29.

Under 15 U.S.C. § 1115(a), "a mark registered on the principal register provided by this chapter and owned by a party to an action shall be admissible in evidence and shall be prima facie evidence of the validity of the registered mark and

of the registration of the mark, of the registrant's ownership of the mark, and of the registrant's exclusive right to use the registered mark in commerce on or in connection with the goods or services specified in the registration . . . ." <u>See</u> Exhibit 1.

30.

Patrick Lang and the MUTTY PAWS Entities, under a non-exclusive license with licensor Patrick Lang, have the right to bring this action for trademark infringement.

31.

Under a non-exclusive license with licensor Patrick Lang, all use of the MUTTY PAWS Mark by the MUTTY PAWS Entities inures to the benefit of Patrick Lang.

32.

Attached hereto as Exhibit 2 are recent screenshots of the Defendants' websites showing their unauthorized use of the MUTTY PAWS Registration.

33.

Plaintiffs have experienced actual confusion in the form of telephone calls to one or more of the MUTTY PAWS Entities' locations by consumers seeking dog rescue services.

34.

Plaintiffs have experienced actual confusion in the form of being tagged in FACEBOOK postings related to dog rescue services provided by the Defendants.

## COUNT II – DECEPTIVE TRADE PRACTICES UNDER THE GEORGIA UNIFORM DECEPTIVE TRADE PRACTICES ACT ("GUDTPA")

35.

Plaintiffs incorporate all previous paragraphs as if fully restated herein.

36.

Defendants have engaged in at least one Unfair and/or Deceptive Trade Practice as each of the Defendants have been and are engaged in using the MUTTY PAWS Registration and the MUTTY PAWS mark in violation of GUDTPA, O.C.G.A. § 10-1-370, *et. seq*.

37.

The Defendants' use of the MUTTY PAWS mark in the course of their business causes a likelihood of confusion or misunderstanding as to the source, sponsorship, approval, or certification of services in violation of O.C.G.A. § 10-1-372(a)(2).

38.

Likewise, the Defendants' use of the MUTTY PAWS mark in the course of their business causes a likelihood of confusion or of misunderstanding as to affiliation, connection, or association with or certification by another in violation of

O.C.G.A. § 10-1-372(a)(3). Indeed, the use has caused actual confusion and misunderstanding.

39.

The Defendants' use of the MUTTY PAWS mark in the course of their business represents that the Defendants have a sponsorship, approval, status, affiliation, or connection that they do not have in violation of O.C.G.A. § 10-1-372(a)(5).

40.

The Defendant's use and display of the MUTTY PAWS mark in the course of their business is conduct which creates a likelihood of confusion or of misunderstanding in violation of O.C.G.A. § 10-1-372(a)(12).

41.

Indeed, the Defendants' use of the MUTTY PAWS mark in the course of their business has caused actual confusion and misunderstanding as to the source, sponsorship, approval, or certification of services in violation of O.C.G.A. § 10-1-372(a)(2).

42.

The Defendant's use of the MUTTY PAWS mark in the course of their business has caused actual confusion in representing that the Defendants have a

sponsorship, approval, status, affiliation, or connection that they do not have in violation of O.C.G.A. § 10-1-372(a)(5).

43.

The Defendants' use and display of the MUTTY PAWS mark in the course of their business has caused actual confusion or of actual misunderstanding in violation of O.C.G.A. § 10-1-372(a)(12).

44.

Patrick Lang, and the MUTTY PAWS Entities, under a non-exclusive license with Patrick Lang, have the right to bring this <u>Deceptive Trade Practices</u> action against the Defendants.

45.

Under a non-exclusive license with Patrick Lang, all use of the MUTTY PAWS Registration and the MUTTY PAWS Mark inures to the benefit of Patrick Lang.

46.

Use of the MUTTY PAWS Mark in commerce began at least as early as February 2, 2016.

47.

On February 12, 2024, Defendants filed an application for registration of the mark MUTTY PAWS RESCUE with the United States Patent Office, just six days

after the Plaintiffs sent a Cease and Desist letter demanding that the Defendants stop using the MUTTY PAWS Mark.

48.

Defendants admitted, in Defendants' United States Trademark Application filed on February 12, 2024, the Defendants' use of the MUTTY PAWS Mark did not commence until sometime in 2019, well after the Plaintiffs began use and well after Patrick Lang filed for registration of the MUTTY PAWS Mark, as evidenced by Defendants' trademark application attached hereto as Exhibit 3.

49.

The Plaintiffs have experienced actual confusion in the form of telephone calls to one or more of the MUTTY PAWS Entities' locations by consumers seeking dog rescue services.

50.

The Plaintiffs have experienced actual confusion in the form of being tagged in FACEBOOK postings related to dog rescue services provided by the Defendants.

## **COUNT III – ATTORNEYS' FEES AND EXPENSES UNDER O.C.G.A. § 13-6-11**

51.

Plaintiffs incorporate all previous paragraphs as if fully restated herein.

52.

Defendants have been stubbornly litigious, have acted in bad faith, and have caused Plaintiffs unnecessary trouble and expense so as to entitle Plaintiffs to an award of attorneys' fees under O.C.G.A. § 13-6-11.

WHEREFORE, Plaintiffs pray for the following relief against each and all Defendants herein:

1. That each Defendant be served with process, summons, and a copy of this Complaint as provided by law;

2. That this case be tried before a fair and impartial jury of twelve;

3. That judgment be had for Plaintiffs against Defendants on Count I, for trademark infringement and, pursuant to 15 U.S.C § 1116, that immediate injunctive relief be awarded to cease all use of the MUTTY PAWS Mark by Defendants;

4. That judgment be had for Plaintiffs against Defendants on Count I for trademark infringement and pursuant to 15 U.S.C § 1117 that Plaintiffs be awarded (1) Defendants' profits, (2) any damages sustained by the Plaintiff, and (3) the costs of the action;

5. That judgment be had for Plaintiffs against Defendants on Count I for trademark infringement and that Defendant Mutty Paws Rescue Inc. be required to expressly abandon, with prejudice, United States Trademark Application serial number 98401672 for the mark MUTTY PAWS RESCUE.

6. That judgment be had for Plaintiffs and against Defendants on Count II for deceptive trade practices under GUDTPA, that injunctive relief be granted to Plaintiffs pursuant to O.C.G.A. § 10-1-373(a), and that costs be awarded to the Plaintiffs;

7. That Plaintiffs be awarded their attorneys' fees and expenses; and

8. That Plaintiffs be provided such other and further legal and equitable relief against these Defendants as the Court deems just and proper.

Respectfully submitted this 27th day of February, 2024.

**EPPS, HOLLOWAY, DELOACH & HOIPKEMIER, LLC**

BY:  _____ */s/ Kevin E. Epps*  _____
Kevin E. Epps
Georgia Bar No. 785511

BY:  _____ */s/ Tyler M. Gaines*  _____
Tyler M. Gaines
Georgia Bar No. 855701

1220 Langford Drive
Building 200-101
Watkinsville, Georgia 30677
(706) 508-4000
kevin@ehdhlaw.com
tyler@ehdhlaw.com

**SMITH TEMPEL BLAHA LLC**

BY:     <u>*/s/ Gregory Scott Smith*</u>
          Gregory Scott Smith
          Georgia Bar No. 658377
          ***Attorneys for Plaintiff***

1055 Prince Ave
Athens, GA 30606
(404) 643-3430
gsmith@srtslaw.com