# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MUTTY PAWS, INC, <br> MUTTY PAWS DUBLIN INC, <br> MUTTY PAWS BOGART LLC, and <br> PATRICK LANG, <br><br> Plaintiffs, <br><br> v. <br><br> MUTTY PAWS RESCUE INC. and <br> MUTTY PAWS RESCUE GEORGIA INC., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:24-CV-00882-JPB |

## DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs in the above styled action, by and through their undersigned counsel, and file this dismissal with prejudice of all claims against Defendants Mutty Paws Rescue, Inc. and Mutty Paws Rescue Georgia, Inc.

This 29th day of March, 2024.

**EPPS, HOLLOWAY, DELOACH & HOIPKEMIER, LLC**

BY:     */s/ Kevin E. Epps*
         Kevin E. Epps
         Georgia Bar No. 785511
         ***Attorney for Plaintiffs***

1220 Langford Drive
Building 200-101
Watkinsville, GA 30677
(706) 508-4000
kevin@ehdhlaw.com